AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| FKA Distributing Co., LLC, d/b/a Homedics <br><br> *Plaintiff(s)* <br> v. <br> Blulabs Brands, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:25-cv-20657-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Blulabs Brands, LLC
By serving its Registered Agent Remy Garson
18201 Collins Avenue, Suite 4501
Sunny Isles Beach, FL 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
PERETZ CHESAL & HERRMANN, P.L.
c/o Albert Alvarez
1 S.E. 3rd Avenue, Suite 1820
Miami, FL 33131
Tel: (305) 341-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Feb 13, 2025

s/ K. Rivers
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court